MINUTE ENTRY
NORTH, M.J.
DECEMBER 29, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 21-11 |
| DERRICK BRANCH | SECTION "**G**" |

**INITIAL APPEARANCE PROBATION VIOLATION**

APPEARANCES: X DEFENDANT
PREVIOUSLY APPOINTED OR RETAINED
__ COUNSEL
X COUNSEL PRESENT OR ASSIST DEFENDANT Stephen Smith
X ASSISTANT U.S. ATTORNEY CHANDRA MENON Troy Bell for
__ PROBATION OFFICER AILEN RUIZ GONZALEZ
__ INTERPRETER ________ SWORN
(TIME: .M to .M)

__/ DEFENDANT CONSENTED TO APPEAR BY VIDEO
X / DEFENDANT WAS ADVISED OF HIS RIGHTS

X / READING OF PETITION/RULE TO REVOKE: READ/SUMMARIZED/WAIVED

_/ DEFENDANT INFORMED THE COURT THAT COUNSEL HAS BEEN/WOULD BE RETAINED

_/ REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS
_/ FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT
_/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT
_/ BOND SET AT ________

__/THE COURT ACCEPTED DEFENDANTS VERBAL CONSENT IN LIEU OF SIGNATURE ON THE APPEARANCE BOND AND ORDER SETTING CONDITIONS OF RELEASE.
_/ GOVERNMENT ADVISED OF ITS OBLIGATIONS TO PRODUCE ALL EXCULPATORY EVIDENCE TO THE DEFENDANT PURSUANT TO *BRADY V. MARYLAND* AND ITS PROGENY AND ORDERED TO DO SO TIMELY.
_/ DEFENDANT REMANDED TO THE CUSTODY OF THE U. S. MARSHAL
X/ DEFENDANT RELEASED ON BOND
_/ DEFENDANT INFORMED THAT HEARING TO DETERMINE COUNSEL IS SET FOR ________

_/ DEFENDANT INFORMED THAT PRELIMINARY HEARING IS SET FOR ________

_/ DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR ________

**X / RULE TO REVOKE PROBATION WILL BE SET**
**BEFORE UNITED STATES DISTRICT JUDGE NANNETTE JOLIVETTE BROWN**

MJSTAR: 00: 04

DEFENDANT'S NAME: DERRICK BRANCH CASE NO. 21-11 G

ADDITIONAL CONDITIONS OF RELEASE

Third Party Custodian: ______________________________

The defendant must:

- [x] a) submit to supervision by and report for supervision to US PROBATION
- [ ] b)Obtain and maintain employment
- [ ] d) surrender any passport to U.S. Probation
- [ ] e) not obtain a passport or other international travel document
- [ ] f) abide by the following travel restrictions: Continental U.S. [ ] EDLA [ ] LA [ ]
  Other _
- [ ] g) avoid all contact with victim [ ] witness [ ] co–defendants [ ]
  Other ______________________________
- [ ] h) mental health evaluation and treatment as directed by U.S. Probation
- [ ] k) not possess firearm, destructive device or other weapon
- [ ] l) not use alcohol: at all [ ] excessively [ ]
- [ ] m) not use or unlawfully possess narcotic drug/controlled substances
- [ ] n) submit to testing for a prohibited substance if required by Pretrial Services
- [ ] o) participate in substance abuse treatment as directed by Pretrial Services
- [ ] p) participate in location restriction program:
  - [ ] (i) Curfew
  - [ ] (ii) Home Detention
  - [ ] (iii) Home Incarceration
  - [ ] (iv) Stand Alone Monitoring
- [ ] q) submit to the following location monitoring technology and comply with its requirements as directed:
  - [ ] (i) Location monitoring technology as directed by the pretrial services or supervising officer; or
  - [ ] (ii) Voice Recognition; or
  - [ ] (iii) Radio Frequency; or
  - [ ] (iv) GPS.
- [ ] r) pay all or part of the cost of location monitoring as determined by Pretrial Services or supervising officer
- [ ] s) report every contact with law enforcement personnel to Pretrial Services
- [x] t) Other(s): ABIDE BY ALL CURRENT CONDITIONS OF PROBATION